# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**FELIPE FERREIRA,**

    **Plaintiff,**

  **V.**                               **CASE NUMBER: 9:05-CV-0735 (NAM/DEP)**

**NEW YORK STATE DEPARTMENT,**

    **Defendant,**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendant, in accordance with the Order of District Court Judge Norman A. Mordue filed on June 20, 2005.

August 29, 2005                                      **LAWRENCE K. BAERMAN**
_____      _____
DATE                                                    CLERK

Entered on the Docket: 8/29/2005         s/ April L. Hudson_____
                                                   (BY) DEPUTY CLERK